STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
SANTOS RODRIGUEZ, DEFENDANT-RESPONDENT.

Argued April 26, 1977—Decided June 29, 1977.

*Mr. Maurice J. Frank* argued the cause for appellant Treasurer of Hudson County (*Mr. Harold J. Ruvoldt, Jr.,* attorney; *Mr. Frank* and *Mr. John Tomasin* on the brief).

*Mr. Gerald D. Miller* argued the cause for respondent (*Messrs. Miller, Hochman, Meyerson & Miller,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER—6.

*For reversal*—None.